AO 91 (Rev. 08/09)  Criminal Complaint

United States District Court
Southern District Of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

JUL 0 1 2019

David J. Bradley, Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| Saul DELAGARZA YOB: 1973 | ) Case No. M-19-1537-M (Related: M-19-1538-M) |
| | ) |
| Defendant(s) | ) |


SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___June 27, 2019___ in the county of ___Hidalgo___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 554 | Did knowingly and unlawfully export or attempt to export from the United States, any merchandise, article, or object, to wit: one AR-15 style rifle and two Glock 19 pistols, as defined by the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendants had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c) and Title 22, Code of Federal Regulations, Sections 121.1,123.1, 127.1 and 127.3 all in violation of Title 18, United States Code, Section 554. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

AUSA Andrew Heuing
7/1/19

_____
Complainant's signature

Ryan McTaggart Special Agent HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/1/19

_____
Judge's signature

City and state: ___McAllen, Texas___   J. Scott Hacker United States Magistrate Judge
Printed name and title

Attachment "A"

On June 24, 2019, Saul DELAGARZA messaged a Homeland Security Investigations (HSI) undercover agent (UCA) a photograph of an AR-15 style rifle and the UCA and DELAGARZA discussed the sale of the firearm from DELAGARZA to the UCA.

On June 25, 2019, the UCA messaged DELAGARZA that the UCA would be traveling to Mexico to get the money to purchase the AR-15 style rifle and DELAGARZA asked the UCA if the UCA also wanted to purchase two (2) pistols. The UCA and DELAGARZA negotiated the terms of the sale and the UCA agreed to purchase the AR-15 style rifle and two (2) pistols after the money to purchase the firearms was brought from Mexico.

On June 27, 2019, the UCA told DELAGARZA that the money to purchase the firearms had been brought from Mexico and the UCA was ready to purchase the firearms from DELAGARZA. DELAGARZA stated the pistols were not ready, but DELAGARZA had the AR-15 style rifle available for sale.

On June 27, 2019, DELAGARZA met with an UCA in Pharr, Texas, and sold the UCA one (1) AR-15 style rifle.

On June 27, 2019, an UCA contacted DELAGARZA via telephone and advised DELAGARZA that the AR-15 style rifle, which DELAGARZA sold to the UCA, had been successfully smuggled into Mexico and DELAGARZA stated DELAGARZA was going to pick up the two pistols from a co-conspirator and would meet with the UCA to sell the pistols and the UCA. The UCA told DELAGARZA that the UCA would need to find a driver to transport the firearms into Mexico before the UCA would purchase the firearms.

On June 27, 2019, DELAGARZA met with an UCA and sold the UCA two (2) Glock Pistols and two (2) selector switches.

According to the Department of State, Office of Defense Trade Controls Compliance (DTCC), AR-15 style rifles and Glock Pistols are determined to be defense articles described on the United States Munitions List (USML) and regulated for export pursuant to the Arms Export Control Act (22 U.S.C. 2778).